UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>REAL INNOVATION INC et al.,<br><br>　　　　　　　Defendants. | CASE NO 3:24−cv−05194−DGE<br><br>MINUTE ORDER REFERRING CASE |

　　　The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

　　　This case is referred to Judge Robert J. Bryan for consideration of all pending motions.

　　　The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

　　　Dated this 4th day of June, 2024.

　　　The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER REFERRING CASE - 1