UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REAL INNOVATION INC., ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 24-5194 DGE<br><br>MINUTE ORDER TERMINATING REASSIGNMENT OF PENDING MOTIONS |

The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

The reassignment of pending motions in this case to Judge Robert J. Bryan is terminated.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of July, 2024.

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER TERMINATING REASSIGNMENT OF PENDING MOTIONS - 1