AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Nathen Barton <br><br> *Plaintiff(s)* <br> v. <br> Real Innovation Inc, Richardson Marketing Group LLC, Deryck D Richardson, Peter Reierson, and John Doe 1-10 <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-05194-DGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richardson Marketing Group LLC
3260 W Henderson Rd Suite 020 Columbus, Ohio 43220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathen Barton
4618 NW 11th Cir
Camas WA 98607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-05194-DGE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Richardson Marketing Group LLC__
was received by me on *(date)* __6-5-24__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Deryck Richardson__, who is designated by law to accept service of process on behalf of *(name of organization)* __Richardson Marketing Group LLC__ on *(date)* __6-13-24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6-14-24__

*Server's signature*

__Ron Freeman, Process Server__
*Printed name and title*

__244 N. Ogden Ave. Columbus, OH 43204__
*Server's address*

Additional information regarding attempted service, etc: