UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON,

               Plaintiff,

   v.

REAL INNOVATION, INC.;
RICHARDSON MARKETING GROUP,
LLC; DERYCK D. RICHARDSON;
PETER REIERSON; and JOHN DOES 1-
10,

               Defendants.

CASE NO  3:24-cv-05194-DGE

MINUTE ORDER REFERRING
CASE

The following Minute Order is made by the direction of the Court, United States Judge

David G. Estudillo:

This case is referred to Judge Robert J. Bryan for consideration of all pending motions.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and

to any party appearing pro se at said party's last known address.

Dated this 31st day of July, 2024.

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United

States District Judge.

MINUTE ORDER REFERRING CASE - 1