UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL INNOVATION, INC.;<br>RICHARDSON MARKETING GROUP, LLC; DERYCK D. RICHARDSON; PETER REIERSON; and JOHN DOES 1-10,<br><br>  Defendants. | Case No.: 3:24-CV-05194-DGE<br><br>**NOTICE OF UNAVAILABILITY** |

TO:  The Clerk of the above-named Court;

AND TO:  NATHEN BARTON, an individual and Plaintiff; and RICHARSON MARKETING GROUP, LLC, an Ohio limited liability company, and DERYCK D. RICHARDSON, an individual; Defendants.

PLEASE TAKE NOTICE that Jensen S. Mauseth, the undersigned attorney for REAL INNOVATION, INC. and PETER REIERSON will be out of the office and unavailable for all court proceedings during the following time periods:

NOTICE OF UNAVAILABILITY - 1
Case No.: 3:24-CV-05194-DGE

MAUSETH LEGAL, PLLC
16108 Ash Way, Suite 201
Lynnwood, WA 98087
(425) 242-5111

1. - November 26-29, 2024;
2. - December 10 – 16, 2024;
3. - December 31, 2024 – January 7, 2025; and
4. - January 14 – 15, 2025.

The undersigned respectfully requests that no actions be taken, or motions or other proceedings set during these periods of time.

DATED this 15th day of October 2024.

MAUSETH LEGAL, PLLC

/s/ Jensen S. Mauseth
Jensen S. Mauseth WSBA No. 45546
Mauseth Legal, PLLC
16108 Ash Way, Suite 201
Lynnwood, WA 98087
Telephone:   (425) 242-5111
Fax:         (425) 242-5114
Email:       jmauseth@mausethlegal.com

*Attorneys for Defendants Real Innovation, Inc. and Peter Reierson.*

NOTICE OF UNAVAILABILITY - 2
Case No.: 3:24-CV-05194-DGE

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date given below, I caused to be served a true and correct copy of the foregoing NOTICE OF UNAVAILABILITY to the following person(s) in the manner indicated below at the following address(es):

X Electronic Service    __ Electronic Mail    X U.S. Mail    __ Hand Delivery

Nathen Barton
4618 NW 11th CIR
Camas, WA 98607
Tel.: (972) 207-5749

Deryck D. Richardson
4843 Drayton Rd.
Hilliard, OH 43026

Richardson Marketing Group, LLC
c/o Deryck D. Richardson
4843 Drayton Rd.
Hilliard, OH 43026

DATED this 15th day of October 2024, at Lynnwood, Washington.

*Judy E. Kostov*
Judy Kostov

NOTICE OF UNAVAILABILITY - 3
Case No.: 3:24-CV-05194-DGE

MAUSETH LEGAL, PLLC
16108 Ash Way, Suite 201
Lynnwood, WA 98087
(425) 242-5111