UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>REAL INNOVATION INC. et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05194-DGE<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　With respect to the Parties' renewed Joint Discovery Dispute statement (Dkt. No. 55), the Parties should jointly prepare a supplement and submit it on the docket: Plaintiff should list the 10 specific topics he seeks to convert into contention interrogatories, and for each of those, Defendant should identify the prior questions/topics it believes cover those same issues, and/or state its objections as to each. The Court will then review, and will schedule a discovery hearing if necessary.

MINUTE ORDER - 1

Dated this 24th day of March, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2