UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON, | CASE NO. 3:24-cv-05194-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| REAL INNOVATION INC. et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court GRANTS the Stipulated Motion to Amend Case Schedule. (Dkt. No. 57.) Although this Court has a strong preference to not to grant extensions of discovery deadlines, the Court does so here in light of: (1) the short duration of the requested extension (two weeks or less); (2) Plaintiff's apparent efforts to comply with the Court's prior orders (*see* Dkt. No. 57 at 3); (3) the Parties' apparent good-faith efforts to find mutually agreeable times for depositions (*see id.* at 3–4); and (4) lack of disruption to the existing trial date (set for October 6, 2025, *see*

MINUTE ORDER - 1

Dkt. No. 28.)  The new schedule is as follows: all discovery motions must be filed by May 23, 2025; discovery completed by May 28, 2025; all dispositive motions filed by June 17, 2025.

Dated this 28th day of March, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2