Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>Real Innovation Inc,<br>Richardson Marketing Group LLC,<br>Deryck D Richardson,<br>Peter Reierson, and John Doe 1-10<br><br>Defendants. | No. 24-cv-05194-DGE<br><br>STIPULATED MOTION TO DISMISS REAL INNOVATION INC AND PETER REIERSON WITH PREJUDICE<br><br>Noted for: April 22, 2025 |

## STIPULATED MOTION

Plaintiff Nathan Barton and Defendants Real Innovation, Inc. and Peter Reierson, by and through their counsel, Jensen Mauseth of Mauseth Legal, PLLC, (collectively the "Parties") hereby stipulate and submit this Stipulated Motion to dismiss Real Innovation Inc and Peter Reierson with prejudice. Each side has agreed to bear their own costs, respectively.

SO STIPULATED and submitted on April 22, 2025.

MOTION TO DISMISS
BARTON V REAL INNOVATION INC ET AL
CASE 24-CV-05194

- 1 / 3

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Nathen Barton, *pro se*
4618 NW 11th CIR
Camas, WA 98607
Telephone:    (972) 207-5749
Email:        bluewind33@protonmail.com
*Plaintiff*

MAUSETH LEGAL, PLLC

Jensen S. Mauseth WSBA No. 45546
Mauseth Legal, PLLC
16108 Ash Way, Suite 201
Lynnwood, WA 98087
Telephone:    (425) 242-5111
Fax:          (425) 242-5114
Email:        jmauseth@mausethlegal.com
*Attorneys for Defendants Real Innovation, Inc.*
*and Peter Reierson.*

IT IS SO ORDERED:
Dated this __ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4

<u>CERTIFICATE OF SERVICE</u>

5

I hereby certify that I caused the foregoing document to be electronically filed with the

6

Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of

7

such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

8
9

_____s/ Nathen Barton_____                    _____April 22, 2025_____

10

       Nathen Barton                                          (Dated)

11
12
13
14
15
16
17
18
19
20
21
22
23
24