# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NATHEN W BARTON,

                    Plaintiff(s),

    v.

REAL INNOVATION INC et al.,

                    Defendant(s).

CASE NO. 3:24−cv−05194−DGE

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of Court on Third Party Plaintiff Cross−Claimants Real Innovation, Inc. and Peter Reierson's motion pursuant to FRCP 55(a) and LCR 55(a), and it appearing that Defendant Defendant Richardson Marketing Group, LLC has failed to timely plead or otherwise defend in this action, the default of Defendant Defendant Richardson Marketing Group, LLC is hereby entered.

IT IS SO ORDERED.

DATED: The 24th of June 2025

                                      RAVI SUBRAMANIAN

                                      /s/Gretchen Craft
                                      Deputy Clerk