# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>REAL INNOVATION INC. et al.,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:24-cv-05194-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Court GRANTS default judgment to Plaintiff and enters JUDGMENT in the amount of $130,900 against Defendant Richardson Marketing Group, LLC.

　　Dated July 17, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk