UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>REAL INNOVATION INC. et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05194-DGE<br><br>ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE |

On August 26, 2025, Defendants/Cross-Claimants Real Innovation, Inc. ("RI") and Peter Reierson filed a Motion to Dismiss their crossclaims against Defendant Deryck D. Richardson. (Dkt. 73.)  On September 1, 2025, RI, Reierson, and Richardson filed a Stipulated Motion for Voluntary Dismissal without Prejudice the crossclaims against Richardson.  (Dkt. 76.)  Based on the parties' stipulation, the Court DENIES as moot RI's and Reierson's Motion to Dismiss (Dkt. No. 73), GRANTS the Stipulated Motion (Dkt. No. 76), and ORDERS that RI's and Reierson's crossclaims against Richardson are DISMISSED without prejudice.  Each party shall bear their own costs.

ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE - 1

Dated this 5th day of September, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE - 2